1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Albert Dytch
6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>            Plaintiff,<br><br>       vs.<br><br>AVATAR HOLDINGS, INC dba AVATAR'S RESTAURANT; MARINERS LANDING, LLC;<br><br>            Defendants. | No. 3:23-cv-00504-SK<br><br>**REQUEST TO ENTER CLERK'S DEFAULT AGAINST DEFENDANT MARINERS LANDING, LLC**<br><br>*Supporting Declaration of Tanya E. Moore filed concurrently herewith* |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff, Albert Dytch ("Plaintiff"), hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Mariners Landing, LLC ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on

Defendant on February 7, 2023, as evidenced by the proof of service of summons on file with this Court (ECF Doc. 8).

The request is based upon the above stated facts and the Declaration of Tanya E. Moore, filed herewith.

Dated: March 10, 2023　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　Albert Dytch

REQUEST TO ENTER CLERK'S DEFAULT AGAINST DEFENDANT MARINERS LANDING, LLC

Page 2