Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street Ste. 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 3:23-cv-00504-SK |
| Plaintiff, | **STIPULATED JUDGMENT** |
| vs. | |
| AVATAR HOLDINGS, INC., et al.; | |
| Defendants. | |

  Pursuant to the Settlement Agreement and Release in Full ("Agreement") between Plaintiff, Albert Dytch ("Plaintiff"), and Defendants, Avatar Holdings, Inc and Mariners Landing, LLC ("Defendants," and together with Plaintiff, "the Parties"), the parties to this action, by and through their attorneys, hereby stipulate as follows:

  1. On or about October 4, 2023, Plaintiff and Defendants entered into the Agreement resolving all claims in the Action. As part of the Agreement, Defendants agreed to pay Plaintiff $24,000.00 (the "Settlement Sum") in installments (the "Installment Payments").

  2. The Agreement further provides that in the event that Defendants fail to make any of the Installment Payments to Plaintiff, Defendants have 10 days from Plaintiff's written notice to Defendants to cure the default by making all remaining payments then due to Plaintiff. If Defendants' default is not cured within such 10 days, then Plaintiff has the right to

STIPULATED JUDGMENT

file this Stipulated Judgment in the amount of $24,000.00 ("Judgment") less any Installment Payments made by Defendants, plus any late or returned check fees that may have been incurred. Plaintiff shall complete paragraphs 3 and 4 of this Stipulated Judgment accordingly.

3. Defendants have thus far made payments totaling $12,000. On December 4, 2023, Defendants defaulted on the Installment Payment obligations. Defendants further failed to cure the default by December 16, 2023 after receiving proper notice pursuant to the Agreement on December 6, 2023. Pursuant to the Parties' Agreement, Defendants have also incurred $100 in late fees.

4. The Parties thereby stipulate that Judgment be entered in favor of Plaintiff and against Defendants in the remaining amount of $12,100.00.

5. This stipulated judgment shall not affect Plaintiff's ability to enforce the non-monetary terms of the Agreement in a separate action.

**IT IS SO STIPULATED.**

Dated: December 19, 2023        MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

VAUGHAN & ASSOCIATES

/s/ Cris C. Vaughan
Cris C. Vaughan
Attorneys for Defendants
Avatar Holdings, Inc and Mariners Landing LLC

**ATTESTATION**

I attest that the signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

STIPULATED JUDGMENT