UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AVATAR HOLDINGS, INC, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00504-SK<br><br>**JUDGMENT** |

On October 19, 2023, the parties informed the Court that they reached a full settlement of Plaintiff's claims. (Dkt. No. 28.) On December 19, 2023, the parties filed a joint stipulation for judgment, per the terms of their settlement agreement. (Dkt. No. 29.) Accordingly, the Court hereby enters judgment in favor of Plaintiff and against Defendants in the remaining amount of $12,100.00.

**IT IS SO ORDERED**.

Dated: December 19, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge